UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------X

HERIBERTO JIMENEZ,

                Plaintiff,

                                   **21 Civ. 18260 (SDW)(ESK)**

    -against-

DIMPLE BOMBAY, INC. d/b/a DIMPLE'S        **NOTICE OF VOLUNTARY**
BOMBAY TALK, DIMPLE'S BOMBAY TALK LLC  **DISMISSAL WITH**
d/b/a DIMPLE'S BOMBAY TALK CATERING     **PREJUDICE**
SERVICES, JAHNAVI MEHTA, and THE
EXECUTOR OF THE ESTATE OF DILIP MEHTA,

                Defendants.

---------------------------------------------------------------------X

      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this action is hereby dismissed with prejudice against defendants Dimple Bombay, Inc., Dimple's Bombay Talk LLC, Jahnavi Mehta, and the Executor of the Estate of Dilip Mehta and without costs.

Dated:  New York, New York
         February 17, 2022

SO ORDERED.
/s/ Hon. Susan D. Wigenton
Hon. Susan D. Wigenton
United States District Judge
Dated: February 18, 2022

PECHMAN LAW GROUP PLLC

_____
Louis Pechman
Laura Rodriguez
488 Madison Avenue, 17th Floor
New York, New York 10022
Telephone: (212) 583-9500
pechman@pechmanlaw.com
rodriguez@pechmanlaw.com
*Attorneys for Plaintiff*